**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

ESSEX DOWNS, LTD.

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-1300**
**(Judge Mary Ellen Coster Williams)**

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 14, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their continuing efforts to resolve this and numerous closely-related cases through the Court’s Alternative Dispute Resolution ("ADR") pilot program.

The parties are pleased to report that they have resolved all principal issues and the attorneys for both sides have reached a proposed settlement agreement, subject to final approval by both parties. This settlement agreement, which was reached during the ADR conferences held before Judge Horn on May 8 through 9, 2006, is the product of the parties’ efforts through the ADR process over the past eighteen months. The parties’ agreement encompasses over 250 Section 515 prepayment cases pending before the Court involving more than 800 plaintiffs – including this case.

The parties expect to finalize the various documents that comprise the terms of their agreement by May 26, 2006 and begin the approval process within the Department of Justice by June 23, 2006. Thus, the parties request that this matter continue to be stayed while the

agreement goes through the relevant approval process on both sides. The parties will report to the Court once the approval process is complete.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: May 15, 2006

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*